IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

APR  1 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-86-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT MICAH MORRISON, | |
| Defendant. | |

Before the Court is Defendant's Motion for Early Termination of Supervision (Doc. 49). The Court may terminate a defendant's term of supervised release if the defendant has served at least one year of supervised release and, after considering the 18 U.S.C. § 3553(a) factors, the Court is satisfied such action is warranted based on the conduct of the defendant and the interests of justice. 18 U.S.C. § 3583(e)(1).

The Defendant deserves recognition for his progress under supervision thus far, but the Court believes he will continue to benefit from federal supervision and the resources of the U.S. Probation Office, given his mental health issues and criminal history. The Defendant's motion is denied.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this __1st__ day of April, 2019.

SUSAN P. WATTERS
United States District Judge